IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ENVIRONMENTAL CONSTRUCTION SERVICES, INC., *et al.* | : : : | CIVIL ACTION |
| *Plaintiffs* | : : | NO. 19-3477 |
| v. | : : | |
| DOMINIC MENTA, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 13th day of April 2022, upon consideration of Defendants' *motion for partial summary judgment*, [ECF 99], Plaintiffs' opposition thereto, [ECF 104], and Defendants' reply, [ECF 112], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

(1) the motion is **GRANTED** with respect to Counts I, II, IV, V and VI of Plaintiffs' first amended complaint; and

(2) the motion is **DENIED** with respect to Defendants/Third-Party Plaintiffs' claims for breach of contract, contained at Count II of Defendants' Third Amended Counterclaims and Counts I, VIII, XV of the Second Amended Third-Party Complaint.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*