IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ENVIRONMENTAL CONSTRUCTION SERVICES, INC., *et al.* | : : : | CIVIL ACTION<br>NO. 19-3477 |
| *Plaintiffs* | : : | |
| v. | : : | |
| DOMINIC MENTA, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 22nd day of April 2022, upon consideration of Plaintiffs/Third-Party Defendants' *motion for partial summary judgment*, [ECF 100], Defendants/Third-Party Plaintiffs' opposition thereto, [ECF 102], and Plaintiffs/Third-Party Defendants' reply, [ECF 110], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

(1) Plaintiffs/Third-Party Defendants' motion is **GRANTED** with respect to Counts I, II, III, and IV of the Second Amended Third-Party Complaint;

(2) Plaintiffs/Third-Party Defendants' motion is **GRANTED** with respect to the breach of contract claims that accrued prior to November 1, 2015, at Count I of the Third Amended Counterclaims and Count XIV of the Second Amended Third-Party Complaint; and

(3) Plaintiffs/Third-Party Defendants' motion is **DENIED** in all other respects.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*